UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARHONDA JONES,<br><br>    Plaintiff,<br><br>  v.<br><br>REED'S INC.,<br><br>    Defendant. | Case No.: 25-cv-07102-JCS<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO RESPOND AND TO CONTINUE CMC/ADR DEADLINES<br><br>Assigned to Hon. Joseph C. Spero, U.S. Magistrate Judge |

  Having considered the Parties' Stipulated Request for Order Changing Time under Civil L.R. 6-2 and the supporting Declaration of David Scharf, and good cause appearing, IT IS HEREBY ORDERED:

  1. Defendant Reed's Inc. shall serve and file its responsive pleading no later than November 17, 2025.

  2. The Initial Case Management Conference is CONTINUED to Wednesday, December 17, 2025, at 2:00 p.m., or to the earliest available date and time convenient to the Court.

  3. All associated deadlines in the Court's Order Setting Initial Case Management Conference and ADR Deadlines, including the parties' Rule 26(f) conference, initial disclosures, and joint case management statement, shall track the new CMC date in accordance with the Federal Rules, the Civil Local Rules, and the Court's Standing Orders as follows:

_____

IT IS SO ORDERED.

  Dated: __November 7_____, 2025

_____
Hon. Joseph C. Spero
United States Magistrate Judge