DAVID J. SCHARF 170083
Gravitas Law Group APC
620 Newport Center Dr. Suite 1100
Newport Beach, CA 92660
(714) 975-8281 Office
(714) 441-5827 Fax
*Counsel for Defendant Reed's Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JARHONDA JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REED'S, INC.,<br><br>Defendant. | Case No. 3:25-cv-07102-JCS<br><br>**DEFENDANT REED'S, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT.**<br><br>Date: March 11, 2026<br>Time: 9:30 am<br>Courtroom: F, 15th Floor<br>Judge: Hon. Joseph C. Spero |

Pursuant to Federal Rule of Evidence 201, and the incorporation-by-reference doctrine, Defendant Reed's, Inc. respectfully requests that the Court take judicial notice of the following materials, which are either (i) publicly available webpages whose existence and contents are not subject to reasonable dispute, or (ii) documents central to Plaintiff's claims (product labels/label images) referenced throughout the FAC.

Courts in the Ninth Circuit routinely take judicial notice of public webpages and contents whose accuracy cannot reasonably be questioned and consider product labels under incorporation by

reference where the complaint challenges the label. See *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010) (judicial notice of website materials); *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (incorporation by reference); *Viggiano v. Hansen Nat. Corp.*, 944 F. Supp. 2d 877, 886–87 (C.D. Cal. 2013) (considering label documents central to claims).

Plaintiff's FAC places at issue the labeling and marketing for "Handcrafted Black Cherry" and "Black Cherry Zero" products, including the precise words used on the packaging and the ingredients disclosed. FAC ¶¶ 4–8. The materials identified below are offered for the permissible purposes of showing what the entirety of the referenced labels/webpages state, not for the truth of any disputed factual assertions beyond the face of the materials.

## I.     MATERIALS TO BE NOTICED

**Exhibit 1:** Printout/PDF of Virgil's "Black Cherry Soda 24 Pack Glass" webpage, showing product images and ingredient disclosure, including "NATURAL BLACK CHERRY FLAVOR," and "MALIC ACID."

**Exhibit 2:** Printout/PDF of Virgil's "Handcrafted Black Cherry" cans webpage, including product image/label presentation depicting the packaging and the can with the statement "NATURAL BLACK CHERRY FLAVOR" clearly represented.

**Exhibit 3:** Printout/PDF of Virgil's "Zero Sugar Black Cherry 24 Pack – Cans" webpage, including ingredient disclosure reflecting "NATURAL BLACK CHERRY FLAVOR," and "MALIC ACID."

**Exhibit 4:** Printout/PDF of webpage from Virgils.com with all three products depicted under the heading Virgil's "BLACK CHERRY FLAVORED" in triple sized letters.

## II.     CONCLUSION

For the foregoing reasons, Reed's respectfully requests that the Court grant this Request for Judicial Notice.

Dated: December 22, 2025

Respectfully submitted,

GRAVITAS LAW GROUP APC

By: _____
David J. Scharf
Attorneys for Defendant REED'S, INC.