UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARHONDA JONES, | Case No. 25-cv-07102-JCS |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO FILE LATE OPPOSITION AND CONTINUING MOTION HEARING** |
| REED'S, INC., | |
| Defendant. | Re: Dkt. No. 41 |

Defendant asks the Court for leave to file its Opposition to Plaintiff's Motion for Recovery of Service Expenses ten days late. Dkt. no. 41 ("Administrative Motion"). According to Defendant, counsel inadvertently mis-calendared the Opposition deadline. Because the delay caused by counsel's mistake will not have any meaningful impact on the schedule of the case, the Court GRANTS Defendant's request. The Court notes, however, that Defendant has misinterpreted the Local Rule, stating:

> Defense counsel inadvertently calendared the opposition deadline as April 8, 2026—fourteen days before the April 22 hearing date—based on the standard fourteen day opposition deadline under Civil Local Rule 7-3(a). Counsel did not realize until April 7, 2026, that the Court had set a shortened briefing schedule with an opposition deadline of March 30, 2026.

Administrative Motion at 2. The Court did *not* set a shortened briefing schedule. Nor is the date counsel calendared (April 8, 2026) the "standard fourteen day opposition deadline under Civil Local Rule 7-3(a)." Rather, Civil Local Rule 7-3(a) clearly states: "The opposition must be filed and served not more than 14 days **after** the motion was filed." Civ. L. R. 7-3(a). The March 30, 2026 response deadline on the docket is consistent with the rule. While the Court has granted Defendant's request in this instance, going forward it expects counsel to be familiar with and abide

by this Court's Local Rules.

Plaintiff may file a Reply brief no later than **April 17, 2026**.  **The motion hearing set for April 22, 2026 is continued to May 6, 2026 at 9:30 a.m. by Zoom webinar**.

**IT IS SO ORDERED.**

Dated:  April 10, 2026

_____
JOSEPH C. SPERO
United States Magistrate Judge