GOOD GUSTAFSON AUMAIS LLP
J. Ryan Gustafson (Cal. Bar No. 220802)
2330 Westwood Blvd., No. 103
Los Angeles, CA 90064
Tel: (310) 274-4663
jrg@ggallp.com

THE KEETON FIRM LLC
Steffan T. Keeton*
6 100 S Commons, Ste 102
Pittsburgh PA 15212
Tel: (888) 412-5291
stkeeton@keetonfirm.com
**Pro hac vice*
*Counsel for Plaintiff and the Proposed Class*

DAVID J. SCHARF (Cal. Bar No. 170083)
Gravitas Law Group APC
620 Newport Center Dr. Suite 1100
Newport Beach, CA 92660
(714) 975-8281 Office
(714) 441-5827 Fax
*Counsel for Defendant Reed's Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JARHONDA JONES, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>REED'S, INC.,<br>Defendant. | Case No. 3:25-cv-07102-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: October 14, 2026<br>Time: 2:00 p.m.<br>Courtroom: F, 15th Floor<br>Judge: Hon. Joseph C. Spero<br><br>*(via video conference only)* |

The parties to the above-entitled action jointly submit this FURTHER JOINT CASE MANAGEMENT STATEMENT ahead of the October 14, 2026 further case management conference.

## I. CASE STATUS.

Since the last case management conference, the parties have both participated in discovery and are currently working together in good faith and discussing the scheduling of depositions.

The case is proceeding well, and in the event that any changes to deadlines are required, it is believed that the parties will be able to work together in good faith and present a joint request to any required changes to the case's schedule.

## II. DISCOVERY.

Discovery is proceeding with participation from both Plaintiff and Defendant. The parties have worked together to clarify and streamline certain requests.

Given the interactions from both Plaintiff and Defendant, it is not expected that any discovery disputes will need the intervention of the Court.

## III. SETTLEMENT AND ADR.

The parties have continued momentum from their private mediation in June 2026 and are always reviewing whether settlement can be achieved prior to trial.

## IV. RELATED CASES.

The case of *Daniel Herrera vs. Reed's, Inc.* is currently pending in the Southern District of California at Case No. 26-cv-00756-RSH-JLB. It is a proposed California class action alleging similar claims regarding citric acid that are included in the present case.

The case of *Anne-Marie DeHerrera v. Reed's, Inc.* is currently pending in the Central District of California at Case No. 5:26-cv-00572-SSS-ACCV. It is a proposed California class action alleging similar claims regarding citric acid that are included in the present case.

Dated: October 14, 2026

**GRAVITAS LAW GROUP APC**

By: /s/ David J. Scharf
David J. Scharf
Attorneys for Defendant Reed's, Inc.

Dated: October 14, 2026

**GOOD GUSTAFSON AUMAIS LLP**

By: /s/ J. Ryan Gustafson
J. Ryan Gustafson
Attorneys for Plaintiff and the Proposed Class

Dated: October 14, 2026

**THE KEETON FIRM LLC**

By: /s/ Steffan T Keeton
Steffan T. Keeton*
**pro hac vice*
Attorneys for Plaintiff and the Proposed Class