DAVID J. SCHARF 170083
Gravitas Law Group APC
620 Newport Center Dr. Suite 1100
Newport Beach, CA 92660
(714) 975-8281 Office
(714) 441-5827 Fax
*Counsel for Defendant Reed's Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JARHONDA JONES, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>REED'S, INC.,<br>Defendant. | Case No. 3:25-cv-07102-JCS<br><br>**JOINT STIPULATION DECLARING BRIEFING SCHEDULE OF CLASS CERTIFICATION AND RELATED DEADLINES** |




Pursuant to the Court's order of October 14, 2026 (Dkt. 52), the Parties submit this Joint Stipulation Declaring Briefing Schedule of Class Certification and Related Deadlines.

**JOINT PROPOSED BRIEFING SCHEDULE FOR CLASS CERTIFICATION**

Class Certification Fact Discovery Cutoff: April 12, 2027

Class Certification Motion: May 12, 2027

Class Certification Expert Disclosures: May 12, 2027

Opposition to Class Certification: June 12, 2027

Class Certification Rebuttal Expert Disclosures: June 12, 2027

Class Certification Expert Discovery Cutoff: June 26, 2027

Reply Brief Due: July 12, 2027

Hearing on Class Certification Motion: August 18, 2027 at 9:30AM

Dated: October 21, 2026

GRAVITAS LAW GROUP APC

By: __*/s/ David J. Scharf*__________________
David J. Scharf

Attorneys for Defendant Reed's, Inc.

Dated: October 21, 2026

GOOD GUSTAFSON AUMAIS LLP

By: __*/s/_J. Ryan Gustafson*___________
J. Ryan Gustafson

Attorneys for Plaintiff and the Proposed Class

.